MONTGOMERY Y. PAEK, ESQ., Bar No. 10176
AMY L. THOMPSON, ESQ., Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: mpaek@littler.com
athompson@littler.com

*Attorneys for Defendant*
DOMINO'S PIZZA LLC

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMMANUEL FLORES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA LLC; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 2:20-cv-02233-KJD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Plaintiff Emmanuel Flores ("Flores") and Defendant Domino's Pizza LLC ("Defendant"), by and through their attorneys of record, stipulate to extend the time for Defendant to respond to Plaintiff's Complaint up to and including January 8, 2021. This extension is necessary as counsel for Plaintiff and Defendant are in discussions regarding an arbitration agreement and would like additional time to discuss this issue.

/ / /

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension to respond to the Complaint. This request is made in good faith and not for purpose of delay.

Dated: December 14, 2020                    Dated: December 14, 2020

Respectfully submitted,                     Respectfully submitted,

*/s/ Joshua D. Buck*                        */s/ Amy L. Thompson*
MARK R. THIERMAN, ESQ.                      MONTGOMERY Y. PAEK, ESQ.
JOSHUA D. BUCK, ESQ.                        AMY L. THOMPSON, ESQ.
LEAH L. JONES, ESQ.                         LITTLER MENDELSON, P.C.
JOSHUA R. HENDRICKSON, ESQ.
THIERMAN BUCK LLP                           *Attorneys for Defendant*
                                            DOMINO'S PIZZA LLC
CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
GABROY LAW OFFICES

*Attorneys for Plaintiff*
EMMANUEL FLORES

**ORDER**

       **IT IS SO ORDERED.**

       **Dated this 21st day of December, 2020.**

_____
**UNITED STATES MAGISTRATE JUDGE**

4819-2077-0260.1 064114.1013

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.