MONTGOMERY Y. PAEK, ESQ., Bar No. 10176
AMY L. THOMPSON, ESQ., Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
Telephone: 702.862.8800
Fax No.: 702.862.8811
Email: mpaek@littler.com
athompson@littler.com

*Attorneys for Defendant*
DOMINO'S PIZZA LLC

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMMANUEL FLORES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA LLC; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 2:20-cv-02233-KJD-EJY<br><br>**STIPULATION AND ORDER TO VACATE EARLY NEUTRAL EVALUATION SESSION** |

Plaintiff EMMANUEL FLORES ("Plaintiff") and Defendant DOMINO'S PIZZA LLC ("Defendant"), by and through their respective counsel of record, hereby stipulate and agree to VACATE the Early Neutral Evaluation (ENE) Session presently scheduled for February 8, 2021 at 10:00 a.m., before U.S. Magistrate Judge Daniel J. Albregts. The parties make this request as this is not an employment discrimination matter as defined under LR 16-6(a) and the parties are in discussions about an arbitration agreement and proceeding with this case in arbitration per said agreement.

/ / /

/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This stipulation is made in good faith, and not for the purpose of delay.

Dated: January 11, 2021

Respectfully submitted,                     Respectfully submitted,

/s/ Joshua D. Buck                          /s/ Amy L. Thompson
MARK R. THIERMAN, ESQ.                      MONTGOMERY Y. PAEK, ESQ.
JOSHUA D. BUCK, ESQ.                        AMY L. THOMPSON, ESQ.
LEAH L. JONES, ESQ.                         LITTLER MENDELSON, P.C.
JOSHUA R. HENDRICKSON, ESQ.
THIERMAN BUCK LLP                           *Attorneys for Defendant*
                                            DOMINO'S PIZZA LLC

CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
GABROY LAW OFFICES

*Attorneys for Plaintiff*
EMMANUEL FLORES

**ORDER**

**IT IS SO ORDERED.**

Dated: __January 12_____, 2021.

_____
UNITED STATES MAGISTRATE JUDGE

4824-5640-4950.1 064114.1013

2.