MONTGOMERY Y. PAEK, ESQ., Bar No. 10176
AMY L. THOMPSON, ESQ., Bar No. 11907
LITTLER MENDELSON, P.C.
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV  89169-5937
Telephone:    702.862.8800
Fax No.:         702.862.8811
Email:            mpaek@littler.com
                     athompson@littler.com

*Attorneys for Defendant*
DOMINO'S PIZZA LLC

# UNITED STATE DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| EMMANUEL FLORES, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>DOMINO'S PIZZA LLC; and DOES 1 through 50, inclusive,<br><br>Defendant(s). | Case No. 2:20-cv-02233-KJD-EJY<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE RESPONSE TO PLAINTIFF'S AMENDED COMPLAINT**<br><br>**(First Request)** |

Plaintiff Emmanuel Flores ("Flores") and Defendant Domino's Pizza LLC ("Defendant"), by and through their undersigned counsel, hereby agree and stipulate to extend the time for Defendant to file a responsive pleading from the current deadline of January 25, 2021, up to and including **February 15, 2021.** This extension is necessary as counsel for Plaintiff and Defendant are in continued discussions regarding an arbitration agreement and the effect that it will have on this currently pending court action.

/ / /


/ / /

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

This is the first request for an extension to respond to the Plaintiff's First Amended Complaint. This request is made in good faith and not for purpose of delay.

Dated: January 19, 2021

Dated: January 19, 2021

Respectfully submitted,

Respectfully submitted,

/s/ Joshua D. Buck
MARK R. THIERMAN, ESQ.
JOSHUA D. BUCK, ESQ.
LEAH L. JONES, ESQ.
JOSHUA R. HENDRICKSON, ESQ.
THIERMAN BUCK LLP

CHRISTIAN GABROY, ESQ.
KAINE MESSER, ESQ.
GABROY LAW OFFICES

*Attorneys for Plaintiff*
EMMANUEL FLORES

/s/ Amy L. Thompson
MONTGOMERY Y. PAEK, ESQ.
AMY L. THOMPSON, ESQ.
LITTLER MENDELSON, P.C.

*Attorneys for Defendant*
DOMINO'S PIZZA LLC

**ORDER**

**IT IS SO ORDERED.**

**Dated this 19th day of January, 2021.**

_____
UNITED STATES MAGISTRATE JUDGE

4827-1957-6535.1 064114.1013

LITTLER MENDELSON, P.C.
Attorneys At Law
3960 Howard Hughes Parkway
Suite 300
Las Vegas, NV 89169-5937
702.862.8800

2.