AO450 (NVD Rev. 2/18) Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

Emmanuel Flores,

                Plaintiff,

v.

Domino's Pizza LLC,

                Defendant.

JUDGMENT IN A CIVIL CASE

Case Number: 2:20-cv-02233-KJD-EJY

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that Plaintiff shall recover from Defendant Judgment in the amount of $15,000.00 which sum includes any attorneys' fees awardable by statute or otherwise, any fees payable to expert witnesses, prejudgment interest to which Plaintiff may otherwise be entitled to upon entry of judgment, any penalties awardable by statute or otherwise, and Plaintiff's taxable costs accrued to date that might be recoverable against Defendant in this action.

9/9/21  
Date

DEBRA K. KEMPI  
Clerk

/s/ H. Magennis  
Deputy Clerk